IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD HOUSTON JEFFRIES,
Appellant,

vs.

ISIDRO BACA, WARDEN,
Respondent.

No. 78261

FILED

APR 2 9 2019

ELIZ... A. BROWN
CLERK OF ... REME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on February 28, 2019. Thus, this appeal is premature. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                                      Silver


cc:     Hon. James Todd Russell, District Judge
        Edward Houston Jeffries
        Attorney General/Carson City
        Carson City Clerk

19-18610